### BURTON *v.* HOLLIDAY.

HINES, J. This case is controlled by the rulings made in *Seaboard Air-Line Railway Co.* v. *Holliday,* ante.

*Judgment affirmed. All the Justices concur.*

No. 6038. NOVEMBER 18, 1927.

Complaint for land. Before Judge Howard. Fulton superior court. March 26, 1927.

*H. B. Moss,* for plaintiff in error.

*Anderson, Rountree & Crenshaw* and *Granger Hansell,* contra.